## Jackson Taylor

| | |
|---|---|
| **From:** | Nicholas E. Deeb |
| **Sent:** | Thursday, January 23, 2025 7:50 PM |
| **To:** | Drew Gilliland |
| **Cc:** | Debbie C. Kennedy; Dani Martinez; David McCormick |
| **Subject:** | RE: STATUTORY ELECTRONIC SERVICE: Lamar v. Walmart, MDGA, Macon, 5:24-cv-00276 (CAR): Walmart's First Supp. Responses to Interrogatories and Requests for Production |
| **Attachments:** | Still Shots for Discovery Responses.pdf |

**Importance:**   High

Drew, thank you for your patience while I'm working on this supplement.  Just to give you something now, I've identified some people in the video:

- Digital Team Lead Latealhia Wimberly (identified in the video – See still shots)
- Digital Coach Jasmine Goolsby (identified in the video – See still shots)
- Team Lead Brandon Stanley (identified in the video – See still shots)
- Personal Shopper Shanterica Johnson (identified in the video  - See still shot)
- People Lead Regina Robinson (identified in the video – See still shots)

There are other associates and a vendor that I have not yet been able to identify (see notes in attached Still Shots), but I believe that at least some of these associates are likely Personal Shoppers, too.  So, here are the rest of the Personal Shoppers that were on the clock at the time, and I think that some of these unidentified people may be one of these Personal Shoppers:

- Personal Shopper Brianna Andrews
- Personal Shopper Lakeyra Finney
- Personal Shopper Keamber Barnes
- Personal Shopper Quinterius Cosby
- Personal Shopper Chelsea James
- Personal Shopper Kyasyah Franklin
- Personal Shopper Latoya Walker
- Personal Shopper Kymichia Smith
- Personal Shopper Zerekah Rouse

Here is also a list of the Maintenance Associates who worked at the Store on that day before the incident:

- Joshua Green
- Vincent Duck
- Daniel Myers
- Tolecia Lockhart
- Janice Jackson

I'm continuing to work on this, and it will probably be next week before I can actually provide a formal supplement, but I wanted to get you what I have right now.

Nic

---

**From:** Drew Gilliland <dgilliland@schnyderlawfirm.com>
**Sent:** Friday, January 17, 2025 4:32 PM
**To:** Nicholas E. Deeb <ndeeb@mmatllaw.com>

EXHIBIT "A"

**Cc:** Debbie C. Kennedy <dkennedy@mmatllaw.com>; Dani Martinez <dmartinez@schnyderlawfirm.com>; David McCormick <dmccormick@schnyderlawfirm.com>
**Subject:** Re: STATUTORY ELECTRONIC SERVICE: Lamar v. Walmart, MDGA, Macon, 5:24-cv-00276 (CAR): Walmart's First Supp. Responses to Interrogatories and Requests for Production

Okay thank you. Enjoy your weekend.

Drew

Get Outlook for iOS

---

**From:** Nicholas E. Deeb <ndeeb@mmatllaw.com>
**Sent:** Friday, January 17, 2025 4:25:57 PM
**To:** Drew Gilliland <dgilliland@schnyderlawfirm.com>
**Cc:** Debbie C. Kennedy <dkennedy@mmatllaw.com>; Dani Martinez <dmartinez@schnyderlawfirm.com>; David McCormick <dmccormick@schnyderlawfirm.com>
**Subject:** RE: STATUTORY ELECTRONIC SERVICE: Lamar v. Walmart, MDGA, Macon, 5:24-cv-00276 (CAR): Walmart's First Supp. Responses to Interrogatories and Requests for Production

Drew,
Still waiting on some things.  I'll get to you next week.
Nic

---

**From:** Drew Gilliland <dgilliland@schnyderlawfirm.com>
**Sent:** Friday, January 10, 2025 8:14 PM
**To:** Nicholas E. Deeb <ndeeb@mmatllaw.com>
**Cc:** Debbie C. Kennedy <dkennedy@mmatllaw.com>; Dani Martinez <dmartinez@schnyderlawfirm.com>; David McCormick <dmccormick@schnyderlawfirm.com>
**Subject:** RE: STATUTORY ELECTRONIC SERVICE: Lamar v. Walmart, MDGA, Macon, 5:24-cv-00276 (CAR): Walmart's First Supp. Responses to Interrogatories and Requests for Production

Okay, thank you.

Best regards,

*Drew Gilliland*

## Drew Gilliland
**Senior Attorney, Nick Schnyder Law Firm**

404-999-1111  |  schnyderlawfirm.com

dgilliland@schnyderlawfirm.com

351 Atlanta St SE, Marietta, GA 30060

