## Nicholas E. Deeb

| | |
|---|---|
| **From:** | Production <production@popereporting.com> |
| **Sent:** | Wednesday, May 14, 2025 11:31 AM |
| **To:** | Drew Gilliland; Nicholas E. Deeb |
| **Cc:** | David McCormick |
| **Subject:** | Depositions of: 30(b)(6) Daryl Robinson & Latealhia Wimberly |
| **Attachments:** | 30(b)(6) Daryl Robinson.txt; 30(b)(6) Daryl Robinson-CT.pdf; 30(b)(6) Daryl Robinson-Full.pdf; Latealhia Wimberly.ptx; Latealhia Wimberly.txt; Latealhia Wimberly-CT.pdf; Latealhia Wimberly-Full.pdf; Robinson 01- Amended NOD 30b6.pdf; Robinson 02- OC 30b6 DEPOSITION NOTES.pdf; Robinson 03- Supple R2 Rogs Rpds (v1- CPO docs).pdf; Robinson 04- R2 Rogs & Rpds (final).pdf; Robinson 05- March 17, 2025_ Janet Demetruise_Lamar_cond_word.pdf; Robinson 06- Associate Witness Statement N. Oliver.pdf; Robinson 07- Associate Witness Statement D. Robinson.pdf; Robinson 08- Customer Incident Report.pdf; Robinson 09- IRS.pdf; Robinson 10- Evidence Collection Sheet.pdf; Robinson 11- floor photo 3.pdf; Robinson 12- Objections - 30(b)(6) dep (Lamar).pdf; Robinson 13- DG Resp to Objections.pdf; 30(b)(6) Daryl Robinson.ptx |

## Depositions of: 30(b)(6) Daryl Robinson & Latealhia Wimberly
## Date: 5/2/25
## Case: Lamar vs. Wal-Mart
## Signature: Reserved

Please find attached your electronic transcript files for the above-referenced deposition. If you have any questions, please give me a call.

Thank you!

**Richard Still, Office Manager**

Pope Reporting & Video, LLC
404-856-0966
2741 Pangborn Road
Decatur, Georgia 30033
www.popereporting.com

To schedule a deposition, go to: www.popereporting.com/scheduling
Connect with me on LinkedIn: http://www.linkedin.com/in/jenniferpoperpr/

*This e-mail may contain confidential information. If you are not the intended recipient, please advise by return e-mail and delete information immediately without reading or forwarding to others.*

EXHIBIT "C"