# Nicholas E. Deeb

| | |
|---|---|
| **From:** | Nicholas E. Deeb |
| **Sent:** | Friday, June 13, 2025 3:38 PM |
| **To:** | production@popereporting.com |
| **Subject:** | Job Number 27197 - Latealhia Wimberly - Signed Errata Declaration |
| **Attachments:** | Wimberly Errata Declaration (signed).pdf |
| **Importance:** | High |

Dear Pope Reporting,

Please find attached the errata for Latealhia Wimberly's deposition on 5-2-2025.  Job Number 27197.

Nic

Nicholas E. Deeb, Esq.
McLain & Merritt, P.C.
Suite 500
3445 Peachtree Road, N.E.
Atlanta, Georgia 30326-3240
(404) 365-4535(direct)
(404) 364-3138 (facsimile)
ndeeb@mmatllaw.com

EXHIBIT "D"